

**U. S. Department of Justice**

*United States Attorney*
*Northern District of New York*

---

| | |
|---|---|
| *304 Federal Building* | *607 / 773-2887* |
| *15 Henry Street* | *FAX: 607 / 773-2901* |
| *Binghamton, New York 13901-2753* | |

March 25, 2008

Ms. Lisa Peebles, Esq.                     Mr. Kelly E. Fischer
Office of the Public Defender              Fischer, Fischer Law Firm
The Clinton Exchange, 3rd Floor            142 Front Street
4 Clinton Square                           Binghamton, New York 13905
Syracuse, New York 13202

      Re: <u>**United States v. Dean Sacco & Linda O'Connor**</u>, **[08-CR-77]   (TJM)**

Dear Ms. Peebles & Mr. Fischer:

      This letter memorializes and confirms copies of additional discovery materials which are hereby being sent to you in connection to this case and which I have recently acquired.

      Copies of the following materials and documents are enclosed herein:

      1.  Copy of CATS unit forensic reports regarding analysis of a computer, cellular telephones and disks which were seized from O'Connor's residence.

      2.  Copies of letters written to Sacco and from Sacco from friends in New Jersey.

      3.  Copies of documents, leases, checks, late payment notices, HUD documentation, and other documents relating to the rental of 11 River Street, Deposit, New York by O'Connor.

      4.  Copies of Sacco New Jersey certificate of conviction for Kidnapping and robbery coviction of defendant Sacco.

      5.  Copies of Sacco GM credit card statements.

      6.  Copies of New Jersey State Police records, documents, investigation reports, witness interviews, statements and interview of defendant Sacco, and all other police reports relating to the kidnapping and robbery charges brought against defendant Sacco in 1991.  We

intend to use defendant's statements at trial.

       7.  Copies of Certificates of conviction from State of Connecticut regarding Sacco.

       8.  Copies of March 17, 2008 letter from Sacco to Marc Yerton.

       9.  Copies of statements and checks from Sacco account at Provident Bank.

       10.  Copies of defendant Sacco's military records from the U.S. Army.

       11.  Copy of CATS unit forensic reports regarding analysis of CDs, DVDs, floppy disks and other items belonging to Dean Sacco and seized from a storage unit as well as recovered in New Jersey.


      As I receive any additional discoverable materials, I will provide copies accordingly.


               Very truly yours,

               GLENN T. SUDDABY
               United States Attorney

               BY: Miroslav Lovric
               Assistant U.S. Attorney

cc: United States District Court [For Filing w/o discovery materials/enclosures]

**CERTIFICATE OF SERVICE FOR ELECTRONIC CASE FILING SYSTEM**

I hereby certify that on March 25, 2008, I electronically filed with the NDNY Clerk of the District Court using the CM/ECF system the above-referenced document(s) in connection with the above-referenced case. The CM/ECF system automatically sent electronic notifications of such filing to the attorneys of record in this case, as maintained by the District Court Clerk's Office, AND who are properly registered in the CM/ECF system for the NDNY as required pursuant to NDNY General Order #22. As for any attorney of record in this case who is not registered in the CM/ECF system for the NDNY, the government has caused to be mailed or faxed to that attorney either the actual CM/ECF electronic notification/e-mail as received from the CM/ECF system by the government and/or the actual documents being filed. Therefore, the non-registered attorney(s) will receive the same electronic ECF notice with the same information as will the attorney(s) who is/are registered in the CM/ECF system.

Miroslav Lovric
Assistant U.S. Attorney

3