UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

    v.                                                                            08-CR-0077

LINDA O'CONNOR,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## **ORDER**

      At approximately 11:45 a.m. on Thursday, April 24, 2008, counsel for Defendant Dean Sacco submitted an ex parte motion to withdraw as counsel. Recognizing that neither the government nor Defendant O'Connor are privy to the basis for the motion, the Court, nonetheless, would like the government and Defendant O'Connor to set forth their positions on the motion, including their positions on the possibility of an adjournment of the trial in this matter.

IT IS SO ORDERED.

Dated: April 24, 2008

_____
Thomas J. McAvoy
Senior, U.S. District Judge