ORIGINAL

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY 3 0 2008
AT _____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Bing.

UNITED STATES OF AMERICA

-vs-                                                                08-CR-077

DEAN SACCO and LINDA O'CONNOR,

                                                    Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**VERDICT FORM**

PLEASE NOTE - Each Juror will be provided with a Verdict Form in order to facilitate understanding of the charge. HOWEVER, YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON <u>ONLY ONE</u> VERDICT FORM WHICH IS SIGNED BY THE JURY FOREPERSON. The remaining Verdict Forms should be returned to the courtroom deputy unsigned. **The questions must be answered unanimously**.

There should be a total of 2 pages in this Verdict Form, including this sheet.

Be sure to follow all **bold-faced** directions carefully.

1.  As to the crime charged in Count One of the Indictment as to Defendant O'Connor, how do you, the Jury, find the Defendant:

    Defendant O'Connor:        Not Guilty _____        Guilty __X__

**Proceed to the next question.**

2.  As to the crime charged in Count Two of the Indictment as to Defendant Sacco, how do you, the Jury, find the Defendant:

    Defendant Sacco:        Not Guilty _____        Guilty __X__

**Proceed to the next question.**

1

3. As to the crime charged in Count Three of the Indictment, how do you, the Jury, find:

   Defendant O'Connor:    Not Guilty _____    Guilty __X__

   Defendant Sacco:       Not Guilty _____    Guilty __X__

**Proceed to the next question.**

4. As to the crime charged in Count Four of the Indictment, how do you, the Jury, find:

   Defendant O'Connor:    Not Guilty __X__    Guilty _____

   Defendant Sacco:       Not Guilty _____    Guilty __X__

**Proceed to the next question.**

5. As to the crime charged in Count Five of the Indictment as to Defendant O'Connor, how do you, the Jury, find the Defendant:

   Defendant O'Connor:    Not Guilty _____    Guilty __X__

**Proceed to the next question.**

6. As to the crime charged in Count Six of the Indictment as to Defendant Sacco, how do you, the Jury, find the Defendant:

   Defendant Sacco:       Not Guilty _____    Guilty __X__

**Proceed to the next question.**

7. As to the crime charged in Count Seven of the Indictment, how do you, the Jury, find:

   Defendant O'Connor:    Not Guilty __X__    Guilty _____

   Defendant Sacco:       Not Guilty _____    Guilty __X__

**YOUR DELIBERATIONS ARE COMPLETE.**

**REPORT YOUR VERDICT TO THE MARSHAL. PLEASE REMEMBER TO DATE AND SIGN YOUR VERDICT SHEET. THANK YOU.**

Dated: __5/30__, 2008

_____
Foreperson