UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77

PAGE 1 OF 19

DATE: MAY 5, 2008

FILED MAY 30 2008 AT ___ O'CLOCK Lawrence K. Baerman, Clerk - Bing.

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X )GOVERNMENT  ( )DEFENDANT  ( )COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 5/07/08 | 5/7 | Sub/Connect | Blenis | 3/14/07 recorded calls |
| 2 | 5/07 | 5/7 | Sub/Connect | Blenis | 3/15/07 recorded calls |
| 3 | 5/8/08 | 5/8 | | | Photo of Shannon in chair on phone |
| 4 | | | | | Photo of Shannon in chair with fingers up |
| 5 | | | | | Photo of Shannon jumping on bed |
| 6 | 5/8 | 5/8 | | Blenis | Photo of Shannon in bed |

EXHIBITS RETURNED TO COUNSEL: 5/30/08
(Date)

_____
Signature

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77                                              PAGE 2 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X )GOVERNMENT        ( )DEFENDANT        ( )COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 7 | 5/8/08 | 5/8 | | Blenis | Photo of O'Connor in chair with comb |
| 8 | | | | | Photo of O'Connor in chair |
| 9 | | | | | Photo of O'Connor in bed |
| 10 | | | | | Photo of two (2) computers |
| 11 | | | | | Photo of property on porch |
| 12 | 5/8/08 | 5/8 | | Blenis | Photo of property on curb |
| 13 | 5/8 | 5/8 | | Blenis | Sacco YMCA membership and attendance |

EXHIBITS RETURNED TO COUNSEL: _____         _____
                                (Date)                Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77                                                                                      PAGE 3 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X )GOVERNMENT            ( )DEFENDANT            ( )COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 14 | 5/13/08 | 5/13 | | Chesebro | Elizabeth Chesebro DSS notes |
| 15 | 5/8/08 | 5/8 | | Shultz | Pet Street Station Animal Hospital records |
| 16 | | | | | Photo of Storage Center |
| 17 | | | | | Photo of outside unit #129 |
| 18 | | | | | Photo of unit #129 opened |
| 19 | 5/8 | 5/8 | | Shultz | Photo of inside unit #129 |

EXHIBITS RETURNED TO COUNSEL: _____            _____
                                                                (Date)                                                   Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77

PAGE 4 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

(X) GOVERNMENT   ( ) DEFENDANT   ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 20 | 5/08/08 | 5/8 | | Shultz | Photo of closeup of inside unit #129 |
| 21 | | | | | Photo of chest "Dino" |
| 22 | | | | | Photo of chest "Dean M. Sacco" |
| 23 | | | | | Photo of envelope and CDs |
| 24 | | | | | Photo of lease and envelopes |
| 25 | 5/8 | 5/8 | | Shultz | Photo of black wrapper condoms |

EXHIBITS RETURNED TO COUNSEL: _____

_____ (Date)

_____ Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77                                             PAGE 5 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X )GOVERNMENT         ( )DEFENDANT         ( )COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 26 | 5/08/08 | 5/8 | | Shultz | Photo of sex gels |
| 27 | | | | | Photo of used condom |
| 28 | | | | | Photo of disks |
| 29 | | | | | Photo of two (2) journals |
| 30 | | | | | Photo of all items found in chest |
| 31 | | | | | Photo of Polaroid camera |
| 32 | 5/8 | 5/8 | | Shultz | Photo of Sharp video camera |

EXHIBITS RETURNED TO COUNSEL: _____          _____
                                (Date)                      Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77                                                   PAGE 6 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X )GOVERNMENT          ( )DEFENDANT          ( )COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 33 | 5/08/08 | 5/08 | | Shultz | Photo of red opened condom wrapper |
| 34 | 5/8 | 5/8 | | Shultz | Large black and red journal |
| 35 | 5/8 | 5/8 | | Shultz | Polaroid camera |
| 36 | 5/8 | 5/8 | | Shultz | Sharp video camera |
| 37 | 5/8 | 5/8 | | Shultz | Photo of 45 Fair Street found in unit #129 dated June 24, 2006 |

EXHIBITS RETURNED TO COUNSEL: _____

                              (Date)                                    Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77    PAGE 7 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X )GOVERNMENT    ( )DEFENDANT    ( )COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 38 | 5/8/08 | 5/8 | | Shultz | Photo of 45 Fair Street found in unit #129 dated June 24, 2006 |
| 39 | 5/8 | 5/8 | | Shultz | Photo of garage and shed found in unit #129 dated June 24, 2006 |
| 40 | 5/8 | 5/8 | | Shultz | Brochure and envelope Thailand and Philippines Sex Tour |
| 41 | 5/8 | 5/8 | | Shultz | July 28, 2006 O'Connor lease |

EXHIBITS RETURNED TO COUNSEL: _____    _____
                              (Date)                Signature

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77                                                    PAGE 8 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X )GOVERNMENT        ( )DEFENDANT        ( )COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 42 | 5/08/08 | 5/8 | | Shultz | Envelope and 1/1/07 O'Connor lease |
| 43 | 5/08 | 5/8 | | Shultz | The Storage Center unit #129 contract and payment card |
| 44 | 5/08 | 5/8 | | Shultz | Bank of America checks paying for unit #129 |
| 45 | 5/08 | 5/8 | Same as Δ O-4 | Shultz | Norwich School Attendance Report for Shannon |
| 46 | 5/08 | 5/8 | | Shultz | Deeds search for 45 Fair Street |

EXHIBITS RETURNED TO COUNSEL: _____        _____
                                 (Date)                Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77                                             PAGE 9 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X )GOVERNMENT        ( )DEFENDANT        ( )COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 47 | 5-9-08 | 5-9 | Same as D06 | Cashman | Best Western Hotel Records |
| 48 | 5-9 | 5-9 | (photos 1 thru & including 25) | Cashman | Photo Comparison Photos found at 14 Miller Street and photos - Power Point |
| 49 | 5/12 | 5/12 | | Lyons | SW Photo 45 Fair Street front right of house |
| 50 | 5-9 | 5-9 | | Lockwood | SW Photo 45 Fair Street front left of house |
| 51 | 5-9 | 5-9 | | Lockwood | SW Photo 45 Fair Street garages and shed in back |
| 52 | 5/12 | 5/12 | | Lyons | SW Photo 45 Fair Street bottle of Bartle & James wine cooler |

EXHIBITS RETURNED TO COUNSEL: _____        _____
                                (Date)                  Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77                                                                                           PAGE 10 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X )GOVERNMENT        ( )DEFENDANT        ( )COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 53 | 5/12/08 | 5/12 | | LYONS | SW Photo 45 Fair Street - O'Connor Vicodin prescription bottle |
| 54 | } | } | | } | SW Photo 45 Fair Street - O'Connor Viodin prescription bottle left |
| 55 | 5/12 | 5/12 | | LYONS | SW Photo 45 Fair Street - Cowboy hat |
| 56 | | | | | SW Photo 45 Fair Street - Printout of young girl |
| 57 | | | | | SW Photo 45 Fair Street - Thailand guide book |
| 58 | 5/12 | 5/12 | sub/connect | LYONS | Walmart Receipt 12/2/06 |
| 59 | 5/12 | 5/12 | sub/connect | LYONS | Kmart Receipt 12/3/06 |

EXHIBITS RETURNED TO COUNSEL: _____          _____
                                                          (Date)                                    Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77                                                                PAGE 11 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X )GOVERNMENT         ( )DEFENDANT         ( )COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 60 | 5/19 | 5/19 | | Berry | Letter from O'Connor to Ray |
| 61 | | | | | Computer internet printouts Dominican girls |
| 62 | 5/12 | 5/12 | sub/connect | Lyons | Shannon O'Connor Note |
| 63 | 5/12/08 | 5/12 | | Lyons | Cowboy hat |
| 64 | 5-9/08 | 5-9 | | Sorvino | Envelope and 2 page letter to Bill Sorvino |
| 65 | 5/12 | 5/12 | | Lyons | Sacco's U.S. Passport |
| 66 | 5/12 | 5/12 | | Lyons | Sacco's lease agreement red galant |
| 67 | 5/12 | | | Lyons | Contract for autobiography |

EXHIBITS RETURNED TO COUNSEL: _____     _____
                                                              (Date)                                 Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77                                              PAGE 12 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X ) GOVERNMENT        ( ) DEFENDANT        ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 68 | 5/12/08 | 5/13 | only 1-3 &8 paper clips 11 | LYONS | Sacco's Autobiography book |
| 69 | 5/12/08 | 5/12 | | LYONS | 8mm Video Clip Sacco talks about why bought video camera |
| 70 | | | | | 8mm video clip - Sacco asks woman why wants to be in porn video |
| 71 | | | | | 8mm video clip - Sacco videotaped butts of teenage girls |
| 72 | 5/12/08 | 5/12 | | LYONS | 8mm video clip Sacco on phone discussing girls to star in porn videos |
| 73 | 5/22 | 5/22 | sub/redact | Molanare | eBay - Sacco's records |

EXHIBITS RETURNED TO COUNSEL: _____         _____
                                    (Date)                Signature

CASE NO: 08-CR-77            PAGE 13 OF

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X )GOVERNMENT      ( )DEFENDANT      ( )COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 74 | 5/22/08 | 5/22 | See/redact | Molanare | eBay - Purchases by Sacco summary |
| 75 | 5/22 | 5/22 | | Molanare | Sacco's Provident checking account 0039 statements and items |
| 76 | 5/22 | 5/22 | | Molanare | Summary of Sacco's Account 0039 purchases |
| 77 | 5/22 | 5/22 | | Molanare | 3/2/07 Postal money order from O'Connor deposited into Account 0039 |
| 78 | | | | | Pet Depot receipt for 8/1/06 dog |
| 79 | 5/22 | 5/22 | | Molanare | Pet Depot receipt for 1/30/07 dog |

EXHIBITS RETURNED TO COUNSEL: _____         _____
                                            (Date)                           Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO: 08-CR-77

DATE: MAY 5, 2008

PRESIDING JUDGE: HON. THOMAS J. MCAVOY

( X ) GOVERNMENT   ( ) DEFENDANT   ( ) COURT

PAGE 14 OF

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 80 | 5/19 | 5/19 | | Berry | Sacco's T-Mobile cell phone records 908-906-7917 |
| 81 | 5/19 | 5/19 | | Berry | Shannon's Trac cell phone records 607-226-6539 |
| 82 | 5/19 | 5/19 | | Berry | Summary chart 3/14/07 and 3/15/07 calls to Sacco |
| 83 | 5/19 | 5/19 | | Berry | O'Connor's phone records 607-336-7075 |
| 84 | 5/19 | 5/19 | | Berry | O'Connor's Trac cell phone records 607-372-9820 |
| 85. | 5/19 | 5/19 | | Berry | Sacco's employer Glenwood Office phone records 201-792-7101 |

EXHIBITS RETURNED TO COUNSEL: _____ (Date)

_____ Signature

United States District Court
For The Northern District Of New York

Case No. :   3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy

(X) **Government**           ( ) Defendant              ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 86 | 5/19/08 | 5/19/08 | | Berry | Summary of contacts between Sacco & O'Connor |
| 87 | 5/19/08 | 5/19/08 | | Berry | Summary of total calls between Sacco & O'Connor |
| 88 | 5/07/08 | 5/07/08 | | Blenis | 10/29/07 Video |
| 88T | 5/07/08 | | aid to jury | Blenis | Transcript re: 10/29/07 video |
| 89 | 5/07/08 | 5/07/08 | | Blenis | 12/05/07 Video |
| 89T | 5/07/08 | | aid to jury | Blenis | Transcript re: 12/05/07 video |
| 90 | 5/20/08 | 5/20/08 | | S. O'Connor | Photo - Shannon & dog |
| 91 | ✓ | ✓ | | ✓ | Photo - Shannon & George |
| 92 | 5/20/08 | 5/20/08 | | S. O'Connor | Photo - Linda & George |

Exhibits Returned To Counsel (Date):_____            Signature: _____

Page 16 of _____

United States District Court
For The Northern District Of New York

Case No. :   3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy

( X ) Government            ( ) Defendant            ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 93 | | | | | Van Vliet Receipt |
| 94 | 5/08/08 | | | Lurie | Newspaper |
| 95 | 5/09/08 | 5/09 | | Shultz | Jail record |
| 96 | 5/12/08 | 5/12 | | DiFiori | Sacco undated letter |
| 97 | | | | | |
| 98 | 5/12/08 | 5/12 | | Lyons | Photo - downstairs residence front door |
| 99 | | | | | Photo - rear house view |
| 100 | | | | | Photo - entrance way / 2nd floor |
| 101 | 5/12/08 | 5/12 | | Lyons | Photo - close up / rear house view |

Exhibits Returned To Counsel (Date):_____            Signature: _____

Page 17 of _____

United States District Court
For The Northern District Of New York

Case No. :   3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy

( X )  **Government**                       ( ) Defendant                       ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 102 | 5/12/08 | 5/12 | | Lyons | Photo - 3rd entrance / 1st floor |
| 103 | 5/13/08 | | | Lyons | |
| 104 | | 5/13/08 | | Chesebro | Progress Note dtd 3/07/07 |
| 105 | 5/13/08 | 5/13/08 | | | Progress Note dtd 3/05/07 |
| 106 | 5/14/08 | 5/14/08 | | | Progress Note dtd 10/25/07 |
| 107 | | | | | Progress Note dtd 11/07/07 |
| 108 | | | | | Progress Note dtd 11/30/07 |
| 109 | | | | | Progress Note dtd 12/03/07 |
| 110 | 5/14/08 | 5/14/08 | | Chesebro | Progress Note dtd 12/24/07 |

Exhibits Returned To Counsel (Date):_____                    Signature: _____

United States District Court
For The Northern District Of New York

Case No. :   3: 08-CR-77 (TJM)

Date:   _____

Presiding Judge:   Thomas J. McAvoy

( X )  Government               ( ) Defendant               ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 111 | 5/14/08 | 5/14 | | Chesebro | Suicide note |
| 112 | 5/15/08 | | | Lang | Ray O'Connor letter |
| 113 | 5/15/08 | 5/15 | sub / redaction | Lang | Lang diary |
| 114 | 5/22/08 | 5/22 | | Molanare | NBT Checking Records |
| 115 | 5/22/08 | 5/22 | | Molanare | Summary Chart of G114 |
| 116 | | | | | NBT Savings Records |
| 117 | | | | | Summary Chart of G116 |
| 118 | | | | | NBT Records 4/04 - 10/04 |
| 119 | 5/22/08 | 5/22 | | Molanare | Summary Chart of G118 |

Exhibits Returned To Counsel (Date):_____        Signature: _____

Page 19 of _____

United States District Court
For The Northern District Of New York

Case No. :   3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy

**( X )  Government**           ( ) Defendant           ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| G 120 | 5/22/08 | 5/22/08 | | Molanare | Peoples Bank Records 12/2004 thru 12/2007 |
| G 121 | 5/22/08 | 5/22/08 | | Molanare | Summary Chart of G120 |
| G 122 | 5/22/08 | 5/22/08 | | Lester | Forensic Lab Report dtd 3/31/08 |
| G 123 | 5/22/08 | 5/22/08 | | Lester | Forensic Lab Report dtd 4/09/08 |
| G 124 | | | | | |
| G 125 | 5/23/08 | 5/23/08 | | Kurdieh | Sacco letter dtd Sept 1st |
| G | | | | | |
| G | | | | | |
| G | | | | | |

Exhibits Returned To Counsel (Date):_____           Signature: _____