Page 1 of 12

United States District Court
For The Northern District Of New York

Case No. :   3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy         ** T R I A L **

( ) Government              ( X ) Defendant SACCO              ( ) Court

FILED MAY 30 2008 AT _____ O'CLOCK Lawrence K. Baerman, Clerk - Bing. U.S. DISTRICT COURT - N.D. OF N.Y.

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 1 | 5/08/08 | | | Blenis | Blenis' notes |
| S 2 | 5/08/08 | 5/08 | | Blenis | Norwich Police Consent Waiver |
| S 3 | 5/09/08 | | | Lockwood | Lockwood Supporting deposition |
| S 4 | | 5/09/08 | | Sorvino | Signed checks |
| S 5 | 5/09/08 | | | DiFiori | |
| S 6 | | | | | |
| S 7 | | | | | |
| S 8 | | | | | |
| S 9 | | | | | |

Exhibits Returned To Counsel (Date): 5-30-08        Signature: _____

Page 2 of _____

United States District Court
For The Northern District Of New York

Case No. :  3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy          ** T R I A L **

( ) Government            ( X ) Defendant SACCO            ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 10 | 5/13/08 | | | Wingate-Wade | Norwich Housing Authority file |
| S 11 | | | | | |
| S 12 | | | | | |
| S 13 | 5/13/08 | 5/13 | | Panus | Chenango Hospital medical records |
| S 14 | | | | | |
| S 15 | 5/14/08 | | | Chesebro | |
| S 16 | 5/14/08 | | | Chesebro | Case Notes notebook |
| S 17 | | | | | |
| S 18 | 5/14/08 | | | Chesebro | Greater Binghamton Health care records |

Exhibits Returned To Counsel (Date):_____          Signature: _____

Page 3 of _____

United States District Court
For The Northern District Of New York

Case No. :    3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:    Thomas J. McAvoy          ** T R I A L **

( ) Government              ( X ) Defendant SACCO              ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 19 | 5/15/08 | 5/15 | | Chesebro | Daughter's letter to Mother |
| S 20 | 5/15 | | | Chesebro | Phone Script |
| S 20 a | 5/20 | | Same as O1 exhibit | S. O'Connor | Norwich Police Stmt |
| S 22 | 5/21/08 | 5/21/08 | | S. O'Connor | School Grades |
| S 23 | 5/22/08 | | | Molanaro | Camera photo |
| S 24 | | | | | |
| S 25 | 5/22/08 | | | Molanaro | HSBC records Oct 2006 thru Jan 2007 |
| S 26 | 5/22/08 | | | | Bank America records |
| S 27 | 5/22/08 | 5/22/08 | | Molanaro | Sacco checks - 12/2006 thru 3/2007 |

Exhibits Returned To Counsel (Date):_____          Signature: _____

Page 4 of _____

United States District Court
For The Northern District Of New York

Case No. :   3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy        ** T R I A L **

( ) Government              ( X ) Defendant SACCO              ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 28 | 5/23/08 | | | Keiser | T-mobile Service Map |
| S 29 | 5/23/08 | | | DiNunzio | Photo |
| S 30 | 5/23/08 | 5/23/08 | | DiNunzio | Photo - Sacco w/ Carmin |
| S 31 | 5/27/08 | 5/27/08 | | | Plumbing Bill |
| S 32 | | | | | |
| S 33 | | | | | |
| S 34 | | | | | |
| S 35 | | | | | |
| S 36 | | | | | |

Exhibits Returned To Counsel (Date):_____           Signature: _____

Page 5 of _____

United States District Court
For The Northern District Of New York

Case No. :   3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy        ** T R I A L **

( ) Government            ( X )  Defendant SACCO            ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 38 | | | | | |
| S 39 | | | | | |
| S 40 | | | | | |
| S 41 | | | | | |
| S 42 | | | | | |
| S 43 | | | | | |
| S 44 | | | | | |
| S 45 | | | | | |
| S 46 | | | | | |

Exhibits Returned To Counsel (Date):_____                Signature: _____

Page 6 of _____

United States District Court
For The Northern District Of New York

Case No.:   3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy        ** T R I A L **

( ) Government              ( X ) Defendant SACCO              ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 48 | | | | | |
| S 49 | | | | | |
| S 50 | | | | | |
| S 51 | | | | | |
| S 52 | | | | | |
| S 53 | | | | | |
| S 54 | | | | | |
| S 55 | | | | | |
| S 56 | | | | | |

Exhibits Returned To Counsel (Date):_____        Signature: _____

Page 7 of _____

United States District Court
For The Northern District Of New York

Case No. :   3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy        ** TRIAL **

( ) Government            ( X ) Defendant SACCO            ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 57 | | | | | |
| S 58 | | | | | |
| S 59 | | | | | |
| S 60 | | | | | |
| S 61 | | | | | |
| S 62 | | | | | |
| S 63 | | | | | |
| S 64 | | | | | |
| S 65 | | | | | |

Exhibits Returned To Counsel (Date):_____            Signature: _____

Page 8 of _____

United States District Court
For The Northern District Of New York

Case No. :    3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:    Thomas J. McAvoy          ** T R I A L **

( ) Government              ( X ) Defendant SACCO              ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 66 | | | | | |
| S 67 | | | | | |
| S 68 | | | | | |
| S 69 | | | | | |
| S 70 | | | | | |
| S 71 | | | | | |
| S 72 | | | | | |
| S 73 | | | | | |
| S 74 | | | | | |

Exhibits Returned To Counsel (Date):_____          Signature: _____

Page 9 of _____

United States District Court
For The Northern District Of New York

Case No. :   3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy           ** T R I A L **

( ) Government            ( X ) **Defendant SACCO**            ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 75 | | | | | |
| S 76 | | | | | |
| S 77 | | | | | |
| S 78 | | | | | |
| S 79 | | | | | |
| S 80 | | | | | |
| S 81 | | | | | |
| S 82 | | | | | |
| S 83 | | | | | |

Exhibits Returned To Counsel (Date):_____          Signature: _____

United States District Court
For The Northern District Of New York

Case No. :    3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:    Thomas J. McAvoy        ** T R I A L **

( ) Government                    ( X ) Defendant SACCO                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 84 | | | | | |
| S 85 | | | | | |
| S 86 | | | | | |
| S 87 | | | | | |
| S 88 | | | | | |
| S 89 | | | | | |
| S 90 | | | | | |
| S 91 | | | | | |
| S 92 | | | | | |

Exhibits Returned To Counsel (Date):_____            Signature: _____

Page 11 of _____

United States District Court
For The Northern District Of New York

Case No. :     3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:    Thomas J. McAvoy        ** T R I A L **

( ) Government                    ( X ) **Defendant SACCO**                ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 93 | | | | | |
| S 94 | | | | | |
| S 95 | | | | | |
| S 96 | | | | | |
| S 97 | | | | | |
| S 98 | | | | | |
| S 99 | | | | | |
| S 100 | | | | | |
| S 101 | | | | | |

Exhibits Returned To Counsel (Date):_____          Signature: _____

Page 12 of _____

United States District Court
For The Northern District Of New York

Case No. :   3: 08-CR-77 (TJM)

Date: _____

Presiding Judge:   Thomas J. McAvoy          ** T R I A L **

( ) Government          ( X ) Defendant SACCO          ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| S 102 | | | | | |
| S 103 | | | | | |
| S 104 | | | | | |
| S 105 | | | | | |
| S 106 | 5/14/08 | | same as G106 except has add'l page | Chesebro | Progress Note dtd 10/25/07 |
| S 107 | | | | | |
| S 108 | | | | | |
| S 109 | | | | | |
| S 110 | | | | | |

Exhibits Returned To Counsel (Date):_____          Signature: _____