UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NO. 3:08 cr 77

PAGE 1 OF 1 PAGES

DATE:

PRESIDING JUDGE: McAvoy

( ) PLAINTIFF ( ) DEFENDANT (X) COURT

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 30 2008
____ O'CLOCK
Lawrence K. Baerman, Clerk - Bing.

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| CE | | | | | |
| 1 | 5/29/08 | 5/29 | | | jury note 1 w/ readback |
| 2 | 5/29/08 | 5/29 | | | jury note 2 re: acquittal |
| 3 | 5/29/08 | 5/29 | | | jury note 3 |
| 4 | 5/29/08 | 5/29 | | | jury note 4 |
| 5 | 5/30/08 | 5/30 | | | jury note 5 |
| 6 | 5/30/08 | 5/30 | | | jury note 6 - verdict |

EXHIBITS RETURNED TO COUNSEL (DATE): _____

SIGNATURE _____

UPSO.ORD 04/06/95

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ACTION NO. 3: 08-CR-77 (TJM)

COURT EXHIBIT NO. ___1___

### NOTE FROM THE JURY

YOUR HONOR,

Witness #16 for government, James Thompson Computer analysis. We would like that The stenographer to reread his testimony

DATE: MAY 29, 2008 AT BINGHAMTON, NEW YORK

TIME: 2:19   A.M. / P.M. X

_____
Signature of Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ACTION NO.   3: 08-CR-77 (TJM)

COURT EXHIBIT NO.  2

NOTE FROM THE JURY

YOUR HONOR,

Clarify aiding + abetting vs guilty

DATE: MAY 29, 2008 AT BINGHAMTON, NEW YORK

TIME: 2:30   A.M. / P.M. X

Signature of Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ACTION NO.   3: 08-CR-77 (TJM)

COURT EXHIBIT NO.   3

### NOTE FROM THE JURY

YOUR HONOR,

Can we please have the transcript of the 1st video taped interview of Shannon O'Connor w/ Detective Blenis + Liz Chesebro

DATE: MAY 29, 2008 AT BINGHAMTON, NEW YORK

TIME: 4:00   A.M. / P.M. X

Signature of Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ACTION NO.   3: 08-CR-77 (TJM)

COURT EXHIBIT NO.   4

### NOTE FROM THE JURY

YOUR HONOR,

We want to view the 1st video tape of the Shannon O'Connor interview with Detective Blenis and Liz Chosebro, we are interested in viewing where shannon discusses her mother taking pictures.

DATE: MAY 29, 2008 AT BINGHAMTON, NEW YORK

TIME: 4:25   A.M. / P.M. X

Signature of Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ACTION NO.   3: 08-CR-77 (TJM)

COURT EXHIBIT NO. __5__

### NOTE FROM THE JURY

YOUR HONOR,

We would like a clarification on aiding and abetting on count five as there is only one defendant. On page 57 of the Jury Instructions under Aiding and Abetting it states counts 4, 5, & 7, and we are questioning count five, it only has 1 defendant.

DATE:   MAY __30__, 2008 AT BINGHAMTON, NEW YORK

TIME: _____  A.M. X  P.M.

_____
Signature of Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ACTION NO.   3: 08-CR-77 (TJM)

COURT EXHIBIT NO. __6__

### NOTE FROM THE JURY

YOUR HONOR,

_We have reached a verdict._

DATE:   MAY _30_, 2008 AT BINGHAMTON, NEW YORK

TIME:   _3:10_   A.M. / P.M. X

_____
Signature of Foreperson